UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-60493-CIV-COHN/SELTZER

PAUL A. WILLIAMS, SR.,

Plaintiff,

v.

BANK OF AMERICA, N.A.,

Defendant.
_______________________________/

**FINAL ORDER OF DISMISSAL WITH PREJUDICE**

**THIS CAUSE** is before the Court upon the Joint Stipulation for Final Order of Dismissal [DE 14] ("Stipulation"). The Court having reviewed the Stipulation, and being informed that the parties have settled this case, it is hereby

**ORDERED AND ADJUDGED** as follows:

1. The parties' Stipulation [DE 14] is **APPROVED, ADOPTED, and RATIFIED**;
2. This action is **DISMISSED WITH PREJUDICE**, with each party to bear its own costs and fees except as otherwise agreed;
3. The Court retains jurisdiction solely for the purpose of enforcing the parties' settlement agreement; and
4. The Clerk shall **CLOSE** this case and **DENY AS MOOT** all pending motions.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 9th day of May, 2016.

JAMES I. COHN
United States District Judge

Copies provided to:

Counsel of record via CM/ECF